**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
     Plaintiff,

V.                                                                                  Case No. 25-3358 (RBW)

ANA C. REYES, et al.,
     Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR RECONSIDERATION**

Upon consideration of Plaintiff's Motion for Reconsideration, and the entire record herein, it is

hereby:

**ORDERED** that the Motion for Reconsideration is GRANTED; and it is further

**ORDERED** that the Court's Order dated November 19, 2025, dismissing Plaintiff's Complaint,

is VACATED; and it is further

**ORDERED** that Plaintiff's Complaint is REINSTATED for further proceedings consistent with

this Court's jurisdiction under 8 U.S.C. § 1447(b); and it is further

**ORDERED** that Plaintiff's previously filed Motion for Protective Order (ECF No. 3) and

Motion for Service by U.S. Marshals (ECF No. 5), both of which were denied as moot, are

hereby REINSTATED AND PENDING before the Court.

SO ORDERED.

Dated: _____


_____
REGGIE B. WALTON
United States District Judge